**Order entered April 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00147-CR
No. 05-14-00148-CR

**ROBERT EARL MARZETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause Nos. 001-83797-2014, 001-83796-2014**

## ORDER

Appellant appeals his convictions, following trial de novo, of two Class C misdemeanors. The clerk's records have been filed. The reporter's record has not been filed and it is now overdue. On April 2, 2015, court reporter Thomas Mullins filed a letter stating appellant has not paid the balance due on the reporter's record. On April 10, 2015, appellant filed a letter stating he has paid $1575 towards the reporter's record and owes a balance of $253.50. Appellant further states that he has made arrangements with Mr. Mullins to pay the balance by May 6, 2015, and asks for an extension of time until that date to pay the balance. We will treat this as a motion and, as such, **GRANT** the motion.

We **ORDER** appellant to provide this Court with proof, by **MAY 6, 2015**, that he has made payment of the balance due on the reporter's record.

We **ORDER** Thomas Mullins to file, by **JUNE 5, 2015**, either the complete reporter's record, including all exhibits admitted into evidence, or the portion of the reporter's record for which he has received payment. If only a partial record is filed, Mr. Mullins shall include with the record written verification that appellant did not make full payment and identify the portion of the record not being filed. *See generally* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Thomas Mullins, official court reporter, County Court at Law No. 1; Robert Marzett; and the Collin County District Attorney's Office.

/s/    ADA BROWN
JUSTICE